JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

OSCAR MEJIA,

              Plaintiff,

    v.

CREDENCE MANAGEMENT
SOLUTIONS, UNITED HEALTHCARE
INSURANCE COMPANY, and DOES 1-
10,

           Defendants.

Case No. 2:23-cv-02032-SVW-E

**ORDER RE: JOINT
STIPULATION OF JUDGMENT**

The Court hereby ORDERS as follows on the Parties' Joint Stipulation of Judgment.

1. Plaintiff will consider the Court's Judgment to be final and will not seek to appeal the Judgment.

2. Defendants agree to not seek costs or fees under ERISA based on the Judgment.

3. Each party will bear its own costs and fees associated with the lawsuit.

IT IS SO ORDERED.

Dated:  February 28, 2024

_____
Hon. Stephen V. Wilson
United States District Judge